No. 180, Misc. HERMAN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Cox* for the United States.

No. 186, Misc. BUDNER *v.* NEW YORK. Ct. App. N. Y. Certiorari denied. *Harry Krauss* for petitioner. *Frank S. Hogan* and *H. Richard Uviller* for respondent.

No. 188, Misc. RICHTER *v.* MINNESOTA. Sup. Ct. Minn. Certiorari denied.

No. 189, Misc. SANCHEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Cox* for the United States.

No. 190, Misc. WILSON *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Cox, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 192, Misc. BYERS *v.* CROUSE, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 193, Misc. KANTON *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Cox* for the United States.

No. 198, Misc. SMITH *v.* INDUSTRIAL ACCIDENT COMMISSION OF CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.